REICHHOLD CHEMS., INC. v. GOEL

No. 604P01

Case below: 146 N.C. App. 137

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Conditional petition by defendant for discretionary review as to additional issues pursuant to G.S. 7A-31 dismissed as moot 27 February 2003.

ROYAL v. STATE

No. 592P02

Case below: 153 N.C. App. 495

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 January 2003. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 January 2003.

SEAGLE v. KENT-COFFEY MFG. CO.

No. 90P03

Case below: 155 N.C. App. 221

Petition by defendants (Singer Sewing Machine Company, The Singer Company, SSMC, Inc. and National Union Fire Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Conditional petition by defendants (SSMC, Inc. and Constitution State Service Company) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 27 February 2003.

SEYMOUR v. LENOIR CTY.

No. 516PA02

Case below: 152 N.C. App. 464

Petition by defendant (James Goff, Jr.) for discretionary review pursuant to G.S. 7A-31 allowed 27 February 2003. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Motion by all parties for leave to file voluntary dismissal with prejudice as to non-appealing defendant Lenoir County allowed 4 March 2003.